IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2021 DEC -9 A 10: 12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James White
Full name and prison name of
Plaintiff(s) Ventress

v.

Nurse Thomas

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:21-CV-811-WHA-JTA
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS
A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) _____

_____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Ventress

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Ventress

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Nurse Thomas | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  April 2021

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I had a medical procudure to be done on my back and had to sign paper work before it could be done Nurse Thomas Refuse to let me read the paper work

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was House in H-Dorm around That night nine or Ten oclock nurse Thomas came with some papers For Me To Sign when I Tried To read The papers She Told officer wiggin To get The paper From Me

GROUND TWO: I neve got a chance To Read what was on Those papers

SUPPORTING FACTS: never had procedure Done

File a grevience never got a response

GROUND THREE: Notify Leturnant whitt

SUPPORTING FACTS: Told worden headly No response

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I wont The Court To award Me $10,000

_James White_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-29-2021
(Date)

_James White_
Signature of plaintiff(s)

James White #316659
Ventress Correctional Facility
379 AL. HGY 239 North
Clayton AL 36016

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED, AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.



Office of The Clerk
United State District Court
One Church Street Suite B-110
Montgomery AL 36104-4018